# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**JUSTIN EUGENE PHILLIPS**                                                                  **PETITIONER**

V.                           **CASE NO. 5:25-CV-5094**

**SHERIFF, BENTON COUNTY, ARKANSAS**                                          **RESPONDENT**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 7) filed in this case on June 18, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the amended petition for relief under 28 U.S.C. § 2241 is **DISMISSED**. Further, the Court agrees with the Magistrate Judge that Petitioner should be denied a certificate of appealability and denied permission to appeal in forma pauperis, should he file motions requesting such relief.

**IT IS SO ORDERED** on this 8th day of July, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE