# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**JUSTIN EUGENE PHILLIPS**                                                      **PETITIONER**

V.                              **CASE NO. 5:25-CV-5094**

**SHERIFF, BENTON COUNTY, ARKANSAS**                                  **RESPONDENT**

## ORDER

On June 18, 2025, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, issued a Report and Recommendation ("R&R") (Doc. 7) regarding Plaintiff Justin Eugene Phillips's amended petition for relief under 28 U.S.C. § 2241 (Doc. 3). On July 10, 2025, the Court received Mr. Phillips's Objections (Doc. 11) to the R&R and conducted a *de novo* review of the entire record.

The R&R explains why Mr. Phillips's amended petition for habeas relief does not disclose any special or emergency situation that would counsel in favor of interfering in his ongoing state criminal proceedings. *See Younger v. Harris*, 401 U.S. 37 (1971). In response, Mr. Phillips argues that intervention is justified because: (1) he signed a plea agreement in state court "solely to secure release from extended and unlawful confinement"; (2) his plea was not voluntary; (3) his counsel was not effective; (4) law enforcement fabricated evidence against him; and (5) his private property was searched and seized without a warrant. (Doc. 11). Mr. Phillips's Objections are **OVERRULED**. The Court agrees with Magistrate Judge Comstock that abstention is appropriate here: None of the circumstances outlined by Mr. Phillips warrant federal intervention in his pending state cases.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the amended petition for relief under 28 U.S.C. § 2241 is **DISMISSED**.

**IT IS SO ORDERED** on this 21st day of July, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE